7005 Middlebrook Pike
P O Box 50250
Knoxville, TN 37950-0250
* PERSONAL AND CONFIDENTIAL *

Revenue Recovery Corporation
Phone (865) 971-1345

May 16, 2015

When calling our office, please refer to account number 01-110740684.

0006782    223131484691    0024

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

This communication is from a debt collector.

Pamela C Phibbs
7200 Springvale Lane
Knoxville, TN 37918-9747

Regarding your account with the following client:

Client:         HOME FEDERAL BANK OF TENNESSEE
Balance Due:    $35,878.91

Since you have not resolved the above account listed with this office for collection, you have left us no alternative but to recommend to our client that they pursue legal action to recover their account from you. This letter is to notify you that we have sent a request to our client for a signed affidavit. Once we receive the affidavit, we will be forwarding your account to an attorney for the purposes of filing suit against you. This action is being taken because, despite previous communications requesting payment, you have failed to make payment in full on this debt.

If a lawsuit is filed against you, it may cause the following consequences:
1. To defend the lawsuit, it may be necessary for you to appear in court.
2. If a judgment is obtained against you, you may be required to pay court charges and post judgment interest.
3. If a judgment is obtained against you, a garnishment or levy may be issued or a lien placed on your peroperty.
4. A judgment is a matter of public record and can affect your credit.

If paid in full, all collection activity will be stopped. Please contact our office to make arrangements to pay this obligation.

---

01-110740684    59FD 59FD   FO

This collection agency is licensed by the Tennessee Collection Service Board of the Tennessee Department of Commerce and Insurance

North Carolina Department of Insurance Permit #4523

May 16, 2015

Total due    $35,878.91

Pamela C Phibbs

7200 Springvale Lane
Knoxville, TN 37918

Revenue Recovery Corporation    (1)
P O Box 50250
Knoxville, TN 37950-0250

**PLEASE ENCLOSE THIS PORTION WITH YOUR PAYMENT**
**SEE REVERSE SIDE FOR INSURANCE INFORMATION**